**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

GURPREET SINGH,

  Petitioner,

  v.

ERIC H. HOLDER, Jr., Attorney General,

  Respondent.

No. 08-74686

Agency No. A078-965-104

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 17, 2012[**]

Before:   LEAVY, PAEZ, and BEA, Circuit Judges.

Gurpreet Singh, a native and citizen of India, petitions for review of the

Board of Immigration Appeals' order dismissing his appeal from an immigration

judge's decision denying his application for asylum, withholding of removal, and

protection under the Convention Against Torture ("CAT"). We have jurisdiction

---

[*]   This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]   The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

under 8 U.S.C. § 1252.  We review for substantial evidence factual findings, *Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir. 2003), and we deny the petition for review.

Substantial evidence supports the agency's adverse credibility determination because of inconsistencies between Singh's testimony and the testimony of his witness Gursharanjit Kaur Samra regarding his identity, particularly concerning his Indian driver's license.  *See id*.  In the absence of credible testimony regarding his identity, Singh's asylum and withholding of removal claims fail.  *See id*.

Substantial evidence also supports the agency's denial of CAT relief because Singh failed to establish it is more likely than not that he will be tortured if returned to India.  *See Wakkary v. Holder*, 558 F.3d 1049, 1067-68 (9th Cir. 2009).

**PETITION FOR REVIEW DENIED.**